JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Lopez Jones*

**DEFENDANTS** *Philadelphia City Controller Rebecca Rynhart*

(b) County of Residence of First Listed Plaintiff *Philadelphia*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant *Philadelphia*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
*Anthony L. Cianfrani, ESQ*
*Cianfrani Law, LLC*
*Suite 804, 3525 "I" Street   215·992·1241*
*Philadelphia, PA 19134*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*42: USC § 1983*

Brief description of cause:
*Wrongful Termination Based Upon Plaintiff's Political Association*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *400,000.00*

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE *Hon. Joel Slomsky.*

DOCKET NUMBER *18· 0279*

DATE *2-15-18*

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: _5905 N. Leithgow Street Philadelphia, PA 19120_

Address of Defendant: _Suite 1230, 1401 John F. Kennedy Blvd Philadelphia, PA 19121_

Place of Accident, Incident or Transaction: _THE CITY of PHILADELPHIA._

(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))          Yes☐  No☑

Does this case involve multidistrict litigation possibilities?          Yes☐  No☑

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐  No☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? _See 18-0279_          _FRANK OLIVER, JR._
   _v._          Yes☑  No☐
   _Rebecca RYNHART._

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐  No☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐  No☑

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, _ANTHONY L. GIANFRANI_ , counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: _2-15-18_          _____          _45866_

Attorney-at-Law          Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _2-15-18_          _____          _45866._

Attorney-at-Law          Attorney I.D.#

CIV. 609 (5/2012)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

*LOPEZ JONES*

v.

*Rebecca RIJNHART*

CIVIL ACTION

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (X)

| | | |
|---|---|---|
| 2-15-18 | *Anthony L. Ciafrani, Esq* | *Plaintiff: Lopez Jones* |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215·922·1241 | 215·207·9692· | *Anthony. Cianfrani@gmail.com* |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOPEZ JONES )
                Plaintiff )    Civil Action No.:
                 )
    vs. )
                 )
REBECCA RHYNHART )
                Defendant )

JURY TRIAL DEMANDED

## CIVIL COMPLAINT

### JURISDICTION

1.    Jurisdiction in this matter is based upon 42 U.S.C. 1983; 28 U.S.C. 1331 & 1343 & (a)(4).

### PARTIES

2.    Plaintiff Lopez Jones is an adult individual residing at 5905 N. Leithgow Street, Philadelphia, Pennsylvania 19120. He is a citizen of the United States of America and a resident of the Eastern District of Pennsylvania.

3.    Defendant Rebecca Rhynhart is an adult individual with a principal place of business at 1230 Municipal Services Building, 1401 John F. Kennedy Boulevard Philadelphia, Pennsylvania 19102.

4.    Defendant Rebecca Rhynhart is being sued in her individual and official capacity. At all times relevant hereto, she was the elected Controller of the City of Philadelphia.

5.    At all times relevant hereto, Defendant was acting under color of law, to wit: under color of the statutes, ordinances, regulations, policies, customs, and usages of the Commonwealth of Pennsylvania and the City of Philadelphia.

## FACTS

6. During the period from October 21, 2006 to December 28, 2017, Plaintiff Lopez Jones, Jr. was a salaried employee of the Office of the Philadelphia City Controller. His final position was Contract Compliance Officer, which required him to review and approve contracts involving City of Philadelphia governmental agencies.

7. Prior to his discharge, as described herein below, Plaintiff Lopez Jones performed his duties in a professional and proficient manner. He received positive performance evaluations and had a good attendance record.

8. Plaintiff Lopez Jones did not make policy for the Office of the Philadelphia City Controller.

9. In the performance of his duties as Contract Compliance Officer for the Office of the City Controller of the City of Philadelphia, Plaintiff Lopez Jones did not establish a confidential relationship with the former elected City Controller. Moreover, Plaintiff Lopez Jones was not a confidant of former City Controller, Alan Butkovitz.

10. Performance of the job duties of Contract Compliance Officer of the Office of the Philadelphia City Controller does not require the existence of a confidential relationship between the Contract Compliance Officer and the elected City Controller.

11. Performance of Plaintiff's job duties as Contract Compliance Officer of the Office of the Philadelphia City Controller did not require any particular political affiliation.

12.    From approximately 1982 until 2017, Plaintiff's mother in law, Vivian Miller was the elected leader of the Philadelphia Democratic Party's 51st Ward Committee.

13.    Plaintiff Lopez Jones relation to, and association with, his mother in law, Vivian Miller, did not did not enhance, impede or interfere with Plaintiff's performance of his duties as Contract Compliance Officer for the Office of the Philadelphia City Controller.

14.    Plaintiff Lopez Jones engaged in constitutionally protected conduct when he associated and affiliated with his mother in law, Vivian Miller.

15.    Defendant Rebecca Rhynhart was the winner of the Democratic Party's May 16, 2017 Democratic Party Primary election for Controller of the City of Philadelphia.

16.    Defendant Rebecca Rhynhart was the winner of the November 6, 2017, General Election for Controller of the City of Philadelphia.

17.    Because Plaintiff Lopez Jones is related to, and closely associated with his mother in law, long time Ward Leader of the Democratic Party's 51st Ward, Vivian Miller, at all times material hereto, Defendant Rebecca Rynhart  treated Plaintiff's employment with the Office of the City Controller of as being the product of Plaintiff's affiliation and association with a faction of the Philadelphia Democratic party labeled by some as "The Philadelphia Democratic Machine."

18.    On or about December 14, 2017, Plaintiff received a voicemail from  a person who identified herself as Heather Spangler. Ms. Spangler informed Plaintiff that she was calling on behalf of Defendant Rebecca Rhynhart and that Plaintiff was terminated from

employment with the Office of the Philadelphia City Controller. Days later, Plaintiff received a letter which also informed him that his employment had been terminated.

19.   Plaintiff was terminated from his employment because Defendant associated and affiliated Plaintiff with the political actions, associations and affiliations of his mother in law, Vivian Miller, and the Committee in which Vivian Miller had held leadership positions.

20.   Defendant Rebecca Rynhart has engaged in a practice and pattern of terminating the employment of persons closely associated with leaders or former leaders of the Philadelphia Democratic Party.

21.   In carrying out her practice of terminating persons closely associated with leaders or former leaders of the Philadelphia Democratic Party, Defendant Rhynhart has terminated the employment of Frank Oliver, Jr., Liza Plaza and Plaintiff herein Lope Jones.

22.   Plaintiff was terminated from his employment by Defendant because of his political affiliation and in violation of Plaintiff's constitutional rights as established by the First and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. 1983.

23.   The discharge of Plaintiff Lopez Jones, Jr., because of his political affiliation, was a violation of the First and Fourteenth Amendments to the United States Constitution and, therefore, a violation of 42 U.S.C § 1983.

24.   The actions of the Defendant in firing Plaintiff Lopez Jones, were intentional and undertaken in reckless disregard of his federally protected right not to have his position as

Contract Compliance Officer conditioned upon an affiliation or disaffiliation with a faction of political party.

25.     The actions of the Defendant were in conscious disregard of the constitutional rights of Plaintiff and deprived him, under color of state law, of belief and association under the First and Fourteenth Amendments to the Constitution of the United States.

26.     As the direct and proximate result of the actions of the named Defendant as stated herein, Plaintiff Lopez Jones has suffered and continues to suffer the following damages for which he seeks relief:

    a.     Loss of annual salary of $85,000.00;

    b.     Loss of employment benefits;

    c.     Plaintiff seeks restoration of all lost salary and benefits to date;

    d.     Plaintiff seeks reinstatement to his appointed position as Contracts Compliance Officer for the Office of the Philadelphia City Controller;

    e.     Plaintiff seeks the costs and expenses of this litigation, and counsel fees pursuant to 42 U.S.C. 1988;

    f.     Plaintiff seeks any other relief this Honorable Court deems appropriate, given the averments contained herein;

    g.     A Jury trial is demanded.

BY: _____

ANTHONY L. CIANFRANI, ESQUIRE
State Attorney Id No.: 45866
CIANFRANI LAW, LLC
3525 "I" Street, Suite 404
Philadelphia, Pa 19134
(215) 922-1241 (phone)
(215) 209-9692 (fax)
anthony.cianfrani@gmail.com